In the Matter of ALONA J. ECHLE, Appellant, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.

Argued October 11, 1955; decided November 23, 1955.

*Charles J. McDonough* for appellant.

*Jacob K. Javits, Attorney-General (Michael P. Geraci, James O. Moore, Jr.,* and *Matthew A. Tiffany* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.